AKAMINE & SONS, LTD., a Hawaii Corporation,
Petitioner *v.* HAWAII NATIONAL BANK,
HONOLULU, Petitioner-Intervenor-Appellant, *v.*
AMERICAN SECURITY BANK, Respondent-
Appellee

No. 5129

JANUARY 18, 1973

RICHARDSON, C.J., ABE, LEVINSON,
KOBAYASHI, JJ., AND CIRCUIT JUDGE M. DOI
IN PLACE OF MARUMOTO, J., DISQUALIFIED

*Per Curiam.* The petition for rehearing filed on December 1, 1972 by the appellee is hereby denied without argument.

The Motion for Reconsideration of Technical Points filed on December 1, 1972 by the appellants is hereby denied without argument.

*Walter G. Chuck* and *Rodney M. Fujiyama (Chuck & Fujiyama* of counsel) for the petition.

*Arthur B. Reinwald* and *John A. Hoskins (Anthony, Hoddick, Reinwald & O'Connor* of counsel) for the motion.